UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
Sarver, John S. § Case No. 11-63250
Sarver, Sharon L. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald R. Sticka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Ronald R. Sticka, Trustee _____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John S. & Sharon L. Sarver |  |  |  |
| Alan L. Kelley |  |  |  |
| Bert L. Kelley |  |  |  |
| Curtis R. Kelley |  |  |  |
| Kerry D. Kelley |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

Case 11-63250-fra7    Doc 47    Filed 10/07/15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. PO Box 689196 Des Moines, IA 50368-9196 | | | | | |
| | GMAC PO Box 380912 Bloomington, MN 55438-0912 | | | | | |
| | Oregon Community CU PO Box 77002 Eugene, OR | | | | | |
| 000006A | UNITUS COMMUNITY CU | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. STICKA, TRUSTEE | | | | | |
| RONALD R. STICKA, TRUSTEE | | | | | |
| AMERITITLE | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| RONALD R. STICKA, P.C. | | | | | |
| RONALD R. STICKA, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPERRY VAN NESS COMMERCIAL ADVISORS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Oregon Dept of Revenue P O Box 14110 Salem OR 97309-0910 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union Plus PO Box 60102 City of Industry, CA 91716-0102 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000008 | GE CAPITAL RETAIL BANK | | | | | |
| 000002 | LES SCHWAB | | | | | |
| 000007 | MIDLAND FUNDING LLC | | | | | |
| 000003 | ODR BKCY | | | | | |
| 000006B | UNITUS COMMUNITY CU | | | | | |
| 000005 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 11-63250 fra Judge: Frank R. Alley, III | | Trustee Name: | Ronald R. Sticka, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Sarver, John S. | | Date Filed (f) or Converted (c): | 06/29/11 (f) |
| | Sarver, Sharon L. | | 341(a) Meeting Date: | 08/12/11 |
| For Period Ending: | 09/28/15 | | Claims Bar Date: | 11/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH | Unknown | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS - WAGES | Unknown | 369.84 | | 369.84 | FA |
| 4. FINANCIAL ACCOUNTS - WAGES | Unknown | 7.25 | | 7.25 | FA |
| 5. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS / COLLECTIBLES | 200.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 9. FIREARMS | 400.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS | 550.00 | 0.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12. EDUCATION IRA | 70,000.00 | 0.00 | | 0.00 | FA |
| 13. ESTATE OF SIDNEY KELLEY  see asset #17  (o) exemption claimed | Unknown | 0.00 | | 0.00 | FA |
| 14. 2004 CHEVROLET PU | 11,500.00 | 0.00 | | 0.00 | FA |
| 15. 2006 CHEVROLET HHR | 9,600.00 | 0.00 | | 0.00 | FA |
| 16. WAGES - W (u) | 0.00 | 159.81 | | 159.81 | FA |
| 17. 1/6 INTEREST IN 12785 CLOW CORNER RD, DALLAS, OR  Net proceeds to be divided and distributed to other heirs.  $350 judgment for court costs to be split 5 ways and deducted from net proceeds to heirs prior to distribution.  Also, $176 fee for Court Notice to Sell Free & Clear to be split 6 ways as a cost of sale and deducted from net proceeds prior to distribution.  amended - see scheduled asset #13 , amendment just specifies inheritance  (o) exemption claimed - applied to assets #3; #4; #16 - balance of | Unknown | 7,816.03 | | 51,039.05 | FA |

| Case No: | 11-63250 fra Judge: Frank R. Alley, III | Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|---|---|
| Case Name: | Sarver, John S. | Date Filed (f) or Converted (c): | 06/29/11 (f) |
| | Sarver, Sharon L. | 341(a) Meeting Date: | 08/12/11 |
| | | Claims Bar Date: | 11/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $243.06 to debtors<br>CALCULATIONS:<br>Gross proceeds = $51,575.95 divided by 6 = $8,595.99 plus $350 owed by the 5 other heirs = $8,945.99 (Trustee's commission figure)<br><br>$8,945.99 minus $243.06 balance of "o" exemption to debtors = $8,702.93 is the figure for Trustee's commission.<br><br>$47,806.32 Net from Ameritittle minus $176 Court Notice for Sale Free & Clear = $47,630.32 Net<br>$47,630.32 divided by 6 = $7,938.39<br>$7,938.39 minus $70 (1/5 of the $350 judgment AP fee) = $7,868.39 is the amount to go to each of 5 heirs | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $296,350.00 | $8,352.93 | | $51,575.95 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/13/11    Current Projected Date of Final Report (TFR): 05/21/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-63250 -fra | | Trustee Name: | Ronald R. Sticka, Trustee |
| Case Name: | Sarver, John S. | | Bank Name: | ASSOCIATED BANK |
| | Sarver, Sharon L. | | Account Number / CD #: | *******2096  Checking Account |
| Taxpayer ID No: | 46-6443957 | | | |
| For Period Ending: | 09/28/15 | | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/15 | * NOTE * | Ameritite | SALE OF REAL PROPERTY | | 47,806.32 | | 47,806.32 |
| | | | Gross proceeds = $51,575.95 divided by 6 = $8,595.99 plus $350 owed by other heirs = $8,945.99 (Trustee's commission figure) | | | | |
| | | | $8,945.99 minus $243.06 balance of "o" exemption to debtors = $8,702.93 is the figure for Trustee's commission. | | | | |
| | | | * NOTE *  Properties 3, 4, 16, 17 | | | | |
| | | AMERITITLE | Memo Amount:       51,500.00 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | | | Memo Amount:            75.95 | 1110-000 | | | |
| | | | PRORATED PROPERTY TAX CREDIT | | | | |
| | | SPERRY VAN NESS COMMERCIAL ADVISORS | Memo Amount:     (     3,090.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | AMERITITLE | Memo Amount:     (       679.63 ) | 2500-000 | | | |
| | | | TITLE & ESCROW CHARGES | | | | |
| 05/14/15 | 010001 | John S. & Sharon L. Sarver<br>20365 Ferry Road SE<br>Stayton, OR  97383 | EXEMPT PAID TO DEBTOR | 8100-002 | | 243.06 | 47,563.26 |
| 05/14/15 | 010002 | Kerry D. Kelley<br>741 SW Washington St.<br>Dallas, OR  97338 | 1/6 Share of Inheritance Proceeds | 8500-002 | | 7,868.39 | 39,694.87 |
| 05/14/15 | 010003 | Bert L. Kelley<br>1207  4th Ave. N<br>Grand Forks, ND  58203 | 1/6 Share of Inheritance Proceeds | 8500-002 | | 7,868.39 | 31,826.48 |
| 05/14/15 | 010004 | Alan L. Kelley<br>4684 Jan Ree Ct. NE<br>Salem, OR  97305 | 1/6 Share of Inheritance Proceeds | 8500-002 | | 7,868.39 | 23,958.09 |
| | | | | Page Subtotals | 47,806.32 | 23,848.23 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 11-63250-fra7    Doc 47    Filed 10/07/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-63250 -fra | | Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|---|---|---|
| Case Name: | Sarver, John S. | | Bank Name: | ASSOCIATED BANK |
| | Sarver, Sharon L. | | Account Number / CD #: | *******2096 Checking Account |
| Taxpayer ID No: | 46-6443957 | | | |
| For Period Ending: | 09/28/15 | | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/14/15 | 010005 | Curtis R. Kelley<br>2917 Tide Ct. NE<br>Salem, OR 97305 | 1/6 Share of Inheritance Proceeds | 8500-002 | | 7,868.39 | 16,089.70 |
| * 05/14/15 | 010006 | Jack Gale Kelley<br>1637 1/2 Park Ave.<br>Salem, OR 97301 | 1/6 Share of Inheritance Proceeds | 8500-000 | | 7,868.39 | 8,221.31 |
| 08/06/15 | 010007 | RONALD R. STICKA, TRUSTEE<br>401 EAST 10TH AVENUE<br>SUITE 470<br>EUGENE, OR 97401 | Chapter 7 Compensation/Fees | 2100-000 | | 1,620.29 | 6,601.02 |
| 08/06/15 | 010008 | RONALD R. STICKA, TRUSTEE<br>401 EAST 10TH AVENUE<br>SUITE 470<br>EUGENE, OR 97401 | Chapter 7 Expenses | 2200-000 | | 301.40 | 6,299.62 |
| * 08/06/15 | 010009 | CLERK, U.S. BANKRUPTCY COURT<br>405 E. 8th Avenue #2600<br>Eugene, OR 97401 | CLERK, ADVERSARY FILING FEE<br>AP #14-06077-fra | 2700-000 | | 350.00 | 5,949.62 |
| * 08/06/15 | 010009 | CLERK, U.S. BANKRUPTCY COURT<br>405 E. 8th Avenue #2600<br>Eugene, OR 97401 | CLERK, ADVERSARY FILING FEE<br>Re-issue for e-pymt | 2700-000 | | -350.00 | 6,299.62 |
| 08/06/15 | 010010 | RONALD R. STICKA, P.C.<br>P.O. BOX 11038<br>EUGENE, OR 97440 | TRUSTEE ATTORNEY FEES | | | 1,419.41 | 4,880.21 |
| | | | Fees 1,341.00 | 3110-000 | | | |
| | | | Expenses 78.41 | 3120-000 | | | |
| 08/06/15 | 010011 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 20.58312%<br>#x7668 | 7100-000 | | 311.54 | 4,568.67 |
| 08/06/15 | 010012 | Les Schwab | Claim 000002, Payment 20.58182% | 7100-000 | | 14.15 | 4,554.52 |

| | | | | Page Subtotals | 0.00 | 19,403.57 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Case 11-63250-fra7    Doc 47    Filed 10/07/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-63250 -fra | Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|---|---|
| Case Name: | Sarver, John S. | Bank Name: | ASSOCIATED BANK |
| | Sarver, Sharon L. | Account Number / CD #: | *******2096 Checking Account |
| Taxpayer ID No: | 46-6443957 | | |
| For Period Ending: | 09/28/15 | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 400 SW Sublimity Blvd<br>Sublimity, OR 97385 | #x8669 | | | | |
| 08/06/15 | 010013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 20.58300%<br>#x7963 | 7100-000 | | 1,831.64 | 2,722.88 |
| 08/06/15 | 010014 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>POB 5229<br>CINCINNATI, OH 45201-5229 | Claim 000005, Payment 20.58307%<br>#x6701 | 7100-000 | | 1,596.17 | 1,126.71 |
| 08/06/15 | 010015 | Unitus Community CU<br>PO Box 1937<br>Portland, OR 97207-1937 | Claim 000006B, Payment 20.58326%<br>#x5839 | 7100-000 | | 248.02 | 878.69 |
| 08/06/15 | 010016 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000007, Payment 20.58329%<br>#x6017 | 7100-000 | | 228.88 | 649.81 |
| 08/06/15 | 010017 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 20.58286%<br>#x2604 | 7100-000 | | 299.81 | 350.00 |
| 08/06/15 | 010018 | AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265 | CLERK, ADVERSARY FILING FEE<br>AP #14-06077-fra | 2700-000 | | 350.00 | 0.00 |
| * 09/02/15 | 010006 | Jack Gale Kelley<br>1637 1/2 Park Ave.<br>Salem, OR 97301 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8500-000 | | -7,868.39 | 7,868.39 |
| 09/03/15 | 010019 | CLERK, U.S. BANKRUPTCY COURT<br>405 E. 8th Avenue #2600<br>Eugene, OR 97401 | Court Registry<br>Unclaimed Funds | 2700-001 | | 7,868.39 | 0.00 |
| | | | | Page Subtotals | 0.00 | 4,554.52 | |

LFORM24

Ver: 18.05

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Case 11-63250-fra7    Doc 47    Filed 10/07/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-63250 -fra | | Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|---|---|---|
| Case Name: | Sarver, John S. | | Bank Name: | ASSOCIATED BANK |
| | Sarver, Sharon L. | | Account Number / CD #: | *******2096 Checking Account |
| Taxpayer ID No: | 46-6443957 | | | |
| For Period Ending: | 09/28/15 | | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 51,575.95 | COLUMN TOTALS | | 47,806.32 | 47,806.32 | 0.00 |
| | | Memo Allocation Disbursements: | 3,769.63 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 47,806.32 | 47,806.32 | |
| | | Memo Allocation Net: | 47,806.32 | Less: Payments to Debtors | | 31,716.62 | |
| | | | | Net | 47,806.32 | 16,089.70 | |
| | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 51,575.95 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 3,769.63 | Checking Account - ********2096 | 47,806.32 | 16,089.70 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | Total Memo Allocation Net: | 47,806.32 | | 47,806.32 | 16,089.70 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*